NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MASUD SARSHAR,<br><br>Defendant | Case No.: 2:18-cv-7751 RGK-MAA<br><br>[proposed] Judgment |

On the United States of America's motion for default judgment and for good cause shown:

1. Judgment is entered in favor of the United States and against Masud Sarshar in the amount of $18,853,787.60 as of November 30, 2018, plus subsequent statutory accruals plus costs.

IT IS SO ORDERED.

DATED: February 21, 2019

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1